528    36



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**
**ATTORNEY GENERAL**

Hon. Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-6721
Re: Under the provisions of
Senate Bill No. 246, Acts
of the 49th Legislature,
Regular Session, 1945,
what amount of money
should be appropriated
(in the 1946 budget of
Bexar County) for the
purpose of paying the
salaries of the regular
and extra deputies in
the Assessor-Collector's
Office?

We have received your request for our opinion on the hereinabove captioned matter, and we quote from your letter as follows:

"I have received the following request from the office of the Assessor-Collector of Bexar County, Texas:

"'Please advise if, by the enactment of S.B. 246 by the 49th Legislature allowing a 15% increase in the salaries of deputies based on the March 1945 payroll, the amount of the annual appropriation for deputy clerk hire will be the amount of the March 1945 payroll multiplied by 12 months plus 15% for the increase.

"'In the case of the office of the Bexar County Tax Assessor-Collector, the March 1945 payroll included the salaries of regular and extra deputies. As a measure of economy, it is necessary to employ extra deputies for seasonal rushes. The majority of the extra deputies were on the payroll only a portion of March 1945 and this is typical of almost any month of the year. Therefore, unless the annual appropriation is figured

NOT TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

as set forth above, no provision will be made
for money to employ extra deputies as they
are needed.'

"I shall thank you to advise me the proper answer
to make to this request."

From our discussion of the above question with the Hon.
P. E. Diskison,, Assessor-Collector of Taxes of Bexar County, Texas,
it is our understanding that you are desirous of knowing what sum
of money should be appropriated in the 1946 budget of Bexar County
for the purpose of paying the salaries of regular and extra deputies
in the office of the Assessor-Collector of Taxes.

The population of Bexar County according to the 1940 Fed-
eral Census was 388,176.

Senate Bill No. 246, Acts of the 49th Legislature, Reg-
ular Session, 1945, provides as follows:

S. B. No. 246

### "AN ACT

fixing the compensation of certain county officials in
counties with a population of not less than 300,000,
nor more than 500,000, according to the last preceding
Federal Census; providing for a fifteen (15%) per cent
increase in salaries of the employees, deputies, and
assistants of said county officials, based on March,
1945 pay roll; providing for two assistants to the
County Treasurer at stated salaries, and to be ap-
pointed by him; providing that salaries of employees,
deputies and assistants of the named officials may not
be decreased; providing the method and means by which
said officers and employees shall be compensated; re-
pealing Section 1 of Chapter 81, Acts of the 45th Leg-
islature, Regular Session, page 151 (1937) and all
other laws in conflict herewith; and declaring an
emergency._____

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

"Section 1. The provisions of this Act shall apply
to and control in each of the counties in this state

Hon. Geo. H. Sheppard, page 3

having a population of not less than 300,000, nor more than 500,000, according to the last preceding Federal Census._____

"Sec. 2. The County Judge, Sheriff, District Attorney, Criminal District Attorney, District Clerk, County Clerk, and the Assessor-Collector of Taxes of such counties shall each receive a salary of Seventy-seven Hundred ($7700.00) Dollars per annum. The County Auditor of such counties shall receive a salary of Seventy-four Hundred ($7400.00) Dollars per annum, in lieu of any and all compensation now provided by law; provided that any salary or compensation now provided by law to be paid such County Auditors out of any special funds, including compensation rendered navigation, levee, drainage, road or school districts, shall be charged and collected, but shall be paid into the general fund of such counties. The County Treasurer of such counties shall each receive a salary of Forty-two Hundred ($4200.00) Dollars per annum. The Judges of the County Courts-at-Law and the County Criminal Courts of said counties shall each receive a salary of Sixty-three Hundred ($6300.00) Dollars per annum. All such salaries shall be paid out of the officers' salary fund or the general fund of such counties, as the case may be._____

"Sec. 3. The County Treasurer, upon the approval of the Commissioners Court, shall be allowed to appoint one (1) assistant at a salary not to exceed Twenty-four Hundred ($2400.00) Dollars per annum, and a second assistant at a salary not to exceed Twenty-one Hundred ($2100.00) Dollars per annum. Said assistants shall be appointed by the Treasurer and shall take the usual oath of office, and in addition thereto, shall give such surety bond as may be required by the County Treasurer or by the Commissioners Court. Said assistants shall have authority to do and perform in the name of the Treasurer such acts of a clerical or ministerial character as may be required of them by the County Treasurer. All of said salaries enumerated in this section shall be paid from the general fund of such counties._____

"Sec. 4. The Commissioners Court of each of said counties shall grant an increase in the employees' salary budget and amend said budget for the necessary amount for all of said county offices named in Sections 1 and 2 above, equal to a fifteen (15%) per cent increase in the salary of all the employees, deputies and assistants for all of said offices, based on the pay roll of the particular office as of March, 1945. The salaries of the officials named in this Act shall not be increased beyond the salaries fixed in this Act. Said increase in salaries shall be paid from the general fund or officers salary fund, or road and bridge fund of such counties._____

"Sec. 5. The County Commissioners of such counties shall each receive a salary of Fifty-five Hundred ($5500.00) Dollars per annum and such salaries shall be paid out of the Road and Bridge Funds or the General Fund of such counties, as the case may now be._____

"Sec. 6. All Justices of the Peace and Constables of such counties who are compensated on a fee basis as provided by law shall be entitled to retain annual fees and/or salary of Forty-seven Hundred Fifty ($4750.00) Dollars each; provided, however, that all fees and commissions, whether current or delinquent, which are collected by the incumbent during his tenure of office shall be applied first to the payment of his deputies, authorized expenses of his office, and to make up the maximum compensation provided for in this section. No such officers shall be entitled to receive for any purpose any fees or commissions that are collected after he ceases to hold such office.____

"Sec. 7. This Act shall not repeal any of the provisions of Chapters 169 and 585, 47th Legislature, Regular Session, page 240, 1309 (1941) now appearing as Article 3912-e, Section 19 (f-1) and (h-2), Vernon's

Annotated Civil Statutes. The fifteen (15%) per cent increase in salary herein provided for shall be in addition to the salaries of employees, deputies and assistants provided for in said Acts._____

"Sec. 8. That Section 1 of Chapter 51, Acts 45th Legislature, Regular Session, page 151 (1937), now appearing as Article 3912e-1, Vernon's Annotated Civil Statutes, and all other laws in conflict herewith be, and the same are hereby repealed, insofar as the same are in conflict with the provisions of this Act, but not otherwise._____

"Sec. 9. The salary of the County Engineer of such county shall not exceed Fifty-two Hundred Fifty ($5250.00) Dollars per annum, said salary to be fixed by the Commissioners Court and paid out of the road and bridge fund of such counties._____

"Sec. 10. The salary of the County School Superintendent of such counties shall be Five Thousand Fifty ($5050.00) Dollars per annum, said salary to be paid out of the school equalization fund._____

"Sec. 11. It is further provided that the minimum wage to be paid any road and bridge employee of such counties shall be not less than Fifty (50¢) cents per hour._____

"Sec. 12. If any section, paragraph, clause or sentence in this Act is declared to be unconstitutional, the same shall not affect the remaining portions of this Act. It is further the intention of the Legislature, in the event this Act shall be declared unconstitutional, that the salaries and compensations of the employees, deputies and assistants of the public officers named in this Act and the maximum amount of salaries and compensations which may be paid to said employees, deputies

Hon. Geo. H. Sheppard, page 6

and assistants, shall remain the same as may now
be fixed by existing law.

"Sec. 13. The fact that officers and employees
in counties affected by this Act are now paid sal-
aries not commensurate with their salaries and duties;
the fact that the County Auditor in the counties here-
in affected by this Act are the budget officers of
said counties, with an increase in duties and res-
ponsibilities; the fact that the County Treasurer in
each of the counties named need two assistants for the
proper discharge of his duties; and the further fact
that increased living cost and taxes have greatly
increased the living expenses of the employees,
deputies and assistants of the county officers
named, so that said officers are having difficulty
in keeping adequate staffs or trained personnel,
creates an emergency and an imperative public
necessity that the Constitutional Rule requiring
bills to be read on three several days in each
House, be suspended, and said Rule is hereby sus-
pended, and this Act shall take effect and be in
force from and after the date of its passage; and
it is so enacted._____

/s/ John Lee Smith
        President of the Senate

"I hereby certify that S. B. No. 246 passed the
Senate, April 4, 1945, by the following vote: Yeas 29,
Nays 0; April 27, 1945, Senate refused to concur in
House amendments and requested the appointment of a
Conference Committee; April 30, 1945, House granted
request; May 15, 1945, Senate adopted Conference Com-
mittee Report by the following vote: Yeas 26, Nays 0;
May 15, 1945 vote on adoption reconsidered; May 29,
1945, S. B. No. 246 recalled from the Governor's office
by authority of S. C. R. No. 33; May 31, 1945, new Con-
ference Committee Report was adopted by the following
vote: Yeas 29, Nays 0. ____

/s/ Noel K. Brown
        Secretary of the Senate

/s/ C. H. Gilmer
        Speaker of the House of
        Representatives

Hon. Geo. H. Sheppard,  page 7

"I hereby certify that S. B. No. 246 passed the
House of Representatives, April 26, 1945, with amend-
ments, by the following vote:  Yeas 109, Nays 4;
April 30, 1945, House granted request of Senate for
appointment of Conference Committee; May 15, 1945,
House adopted Conference Committee Report by the
following vote:  Yeas 117, Nays 2;  May 31, 1945,
House reconsidered the vote by which the Conference
Report was adopted; May 31, 1945, new Conference
Report was adopted by the following vote:  Yeas 110,
Nays 0.

                          /s/  Clarence Jones
                               Chief Clerk of the House
                               of Representatives.

Approved:

                          FILED IN THE OFFICE OF THE
                               SECRETARY OF STATE
_____
     Date
                          THIS 2nd day of June, 1945
                          at 8 o'clock and 40 minutes

_____
   Governor                /s/  Claude Isbell
                               Secretary of State

We call your particular attention to Section 4 of the
above Act which reads in part as follows:

          "The Commissioners Court of each of said
     counties shall grant an increase in the employees'
     salary budget and amend said budget for the neces-
     sary amount for all of said county officers named
     in Sections 1 and 2, above, equal to a fifteen (15%)
     per cent increase in the salary of all the employees,
     deputies and assistants for all of said offices,
     based on the pay roll of the particular office as of
     March, 1945. . . ."

This portion of Section 4 is expressed in plain and
unambiguous language and its meaning is clear and definite, and

Hon. Geo. H. Sheppard, page 8

there is no occasion for construction.

In view of the foregoing it is our opinion that the annual appropriation (in the 1946 budget of Bexar County) for the purpose of paying the salaries of regular and extra deputies in the office of the Assessor-Collector of Taxes, should be the amount of the March 1945 payroll (for said office) multiplied by 12(months) plus an additional sum of fifteen (15%) per cent to cover the increase.

In connection with the foregoing, we call your attention to the fact that the effective date of Senate Bill No. 246 was June 2, 1945.

Yours very truly,

Attorney General of Texas

By       *J. C. Davis, Jr.*

J. C. Davis, Jr.
Assistant

JCD:rt

APPROVED JUL 24, 1945

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY CHAIRMAN